| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:10CR20325-002 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:13 CR 090 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western Tennessee | Western |
| Robert Rainey | NAME OF SENTENCING JUDGE | |
| Southaven, MS 38671 | The Honorable Jon Phipps McCalla | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/09/2013 | TO 02/08/2016 |

OFFENSE

Conspiracy to Commit Fraud

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Western____ DISTRICT OF ____Tennessee____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Northern District of Mississippi____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Oct. 17, 2012
*Date*

Jon P. McCalla
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____Mississippi____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 4, 2013
*Effective Date*

Sharion Aycock
*United States District Judge*